EFILED Document
CO Boulder County District Court 20th JD
Filing Date: Nov 2 2011 3:45PM MDT
Filing ID: 40693142
Review Clerk: N/A

| | |
|---|---|
| DISTRICT COURT,<br>COUNTY OF BOULDER,<br>STATE OF COLORADO<br>Boulder Justice Center<br>1777 6th St.<br>Boulder, CO 80302<br>303-441-3750 | |
| Patrick E. McConnell<br>        Plaintiff<br><br>vs.<br><br>Microsoft Corporation<br>        Defendant | ▲ COURT USE ONLY ▲ |
| Kirstin M. Jahn<br>JAHN & ASSOCIATES, LLC<br>1942 Broadway, Suite 314<br>Boulder, CO 80302<br>T. 303-545-5128<br>F. 303-545-5196<br>Kirstin @jahnlawcom<br>CO Reg. No. 30405 | Case No. 11CV1179<br>Div.: 3    Ctrm.: Q |

## ORDER GRANTING
## EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER

Before the Court is the Plaintiff's Motion for a Temporary Restraining Order ("TRO"). Having considered the Motion, and for good cause shown, it is hereby ORDERED that Plaintiff's Motion for a TRO is granted pending a determination on his Motion for Preliminary Injunction.

This the 2nd day of November, 2011.

                                        District Court Judge