# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   11-cv-02890-CMA-MJW                FTR - Courtroom A-502

**Date:**   November 28, 2011                             Courtroom Deputy, Ellen E. Miller

*Parties*                                                 *Counsel*

PATRICK E. MCCONNELL,                                     Kristin M. Jahn

    Plaintiff(s),

v.

MICROSOFT CORPORATION,                                    Douglas L. Sawyer
                                                          Michael A. Sink
    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **MOTION HEARING**
**Court in Session:**   1:30 p.m.
Court calls case. Appearances of counsel.

The Court raises Plaintiff's Motion for a Preliminary Injunction for argument.

Parties confirm that the document Stipulated Facts [Docket No. 19] is stipulated to by both sides.

**It is ORDERED:**    The STIPULATED FACTS [Docket No. **19**, Filed November 25, 2011] is approved and made an Order of Court.

Plaintiff's witness, Plaintiff PATRICK E. MCCONNELL is sworn and testifies.
Direct examination by Kristin M. Jahn.
Plaintiff's   **EXHIBIT 3**   is offered and admitted into evidence, with no objections.
Plaintiff's   **EXHIBIT 1**   is offered and admitted into evidence, with no objections.
Plaintiff's   **EXHIBIT 2**   is offered and admitted into evidence, with no objections.
Parties' **JOINT EXHIBIT J-2** is offered and admitted into evidence, with no objections.

Cross-examination by Douglas L. Sawyer.
Re-direct by Kristim M. Jahn.
Re-Cross by Mr. Sawyer.

Questions by the Court.

Mr. McConnell is excused from the witness stand.

*11-cv-02890-CMA-MJW*
*Motion Hearing*
*November 28, 2011*

Defendant's witness, Plaintiff STEVEN STANZEL is sworn and testifies.
Direct by Douglas L. Sawyer.
Cross-examination by Kristin M. Jahn.
No re-direct.

Questions by the Court.

Mr. Stanzel is excused from the witness stand.

Plaintiff recalls witness PATRICK McCONNELL.
Re-direct by Ms. Jahn.

3:31 p.m.     The Court takes a brief recess
3:37 p.m.     The Court is back on the record.

Re-direct by Ms. Jahn.
Nothing further for this witness by Mr. Sawyer on behalf of defendant.

Argument on behalf of Plaintiff.
Argument on behalf of Defendant.
Final rebuttal on behalf of Plaintiff.

**It is ORDERED:**     Plaintiff's   MOTION FOR A PRELIMINARY INJUNCTION [Docket No. **9**, Filed November 16, 2011]   is **TAKEN UNDER ADVISEMENT.** The court will issue its written Order.

Hearing concluded.
**Court in recess:**  4:16 p.m.
Total In-Court Time 02:46

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.